McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:19-cr-00193-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE STATUS HEARING REGARDING RESTITUTION** |
| v. | |
| NICHOLAS VUKSINICH, | DATE: February 11, 2021<br>TIME:  9:30AM<br>COURT:  Hon. Troy L. Nunley |
| Defendant. | |

Plaintiff United States of America, by and through its counsel, Assistant United States Attorney Christopher S. Hales, and defendant, Nicholas Vuksinich, by and through his counsel, Eric Youngquist, hereby stipulate as follows:

1. By previous order, this matter was set for a restitution hearing on February 11, 2021.

2. By this stipulation, the parties now jointly move to continue the restitution hearing until March 11, 2021, at 9:30 a.m., so that they may reach a resolution regarding the restitution amount.  The government has been seeking additional information regarding an outstanding victim to see if the parties can reach agreement as to a restitution amount for that victim.  The government expects that the parties will be able to either resolve the restitution amount issue, or be prepared to address it before the court, by March 11, 2021.

3. The parties agree that this request for continuance seeks to schedule a restitution hearing

within the 90 days from Mr. Vuksinich's sentencing.  *See* 18 U.S.C. §§ 2259(b)(3) & 3664(d)(5); *see also Dolan v. United States*, 560 U.S. 605, 608 (2010) (stating that even if the parties were outside the 90 days contemplated by statute, sentencing courts are not deprived of their authority to order restitution when they miss that deadline); *United States v. Cienfuegos*, 462 F.3d 1160, 1162-63 (9th Cir. 2006) (quoting *United States v. Zakhary*, 357 F.3d 186, 191 (2d Cir. 2004)) ("'the purpose behind the statutory ninety-day limit on the determination of victims' losses is not to protect defendants from drawn-out sentencing proceedings or to establish finality; rather, it is to protect crime victims from the willful dissipation of defendants' assets'").

4. Accordingly, the parties request that the restitution hearing be continued to March 11, 2021.

IT IS SO STIPULATED.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated:  February 5, 2021

By: /s/ Christopher S. Hales
CHRISTOPHER S. HALES
ROSANNE L. RUST
Assistant U.S. Attorneys

Dated:  February 5, 2021

By: /s/ Eric Youngquist
ERIC YOUNGQUIST
Attorney for NICHOLAS VUKSINICH

## ORDER

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered: The status restitution hearing in this matter is continued to March 11, 2021, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated:  February 5, 2021

Troy L. Nunley
United States District Judge