PHILLIP A. TALBERT
Acting United States Attorney
ROSANNE L. RUST
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00193-TLN |
| Plaintiff, | ORDER REGARDING RESTITUTION |
| v. | |
| NICHOLAS VUKSINICH, | |
| Defendant. | |

**ORDER**

This matter was set for a restitution hearing on March 11, 2021. Prior to that date the parties reached a stipulation regarding restitution, which the Court has reviewed. *See* ECF 53. In light of the parties' stipulation and good cause appearing, the Court hereby orders that restitution be ordered in this case in the total amount of $45,000.00, to be paid as follows:

- "Chelsea," Dallas, TX - $10,000.00
- "Henley," Bellevue, WA - $5,000.00
- "Jenny," New York, NY - $3,000.00
- "Maureen," Bellevue, WA - $10,000.00
- "Pia," Bellevue, WA - $5,000.00
- "April," Dallas, TX - $12,000.00

The Court hereby directs that an Amended Judment issue in this case reflecting the restitution amounts

set forth above, with all other aspects of the Judgment remaining the same.

The Clerk of the Court shall direct restitution to the victims according to the contact information provided by the United States on the restitution spreadsheet submitted to the United States Probation Officer assigned to this case.

The Court further finds that pursuant to the stipulation of the parties, defendant Nicholas Vuksinich has waived his presence for entry of the Amended Judgment, and that he need not be present for the Amended Judgment to issue.

IT IS SO ORDERED this 15th day of March, 2021.

_____
Troy L. Nunley
United States District Judge